IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JO ANN PROBST, | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | NO. 1:23-CV-02112-JPW |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF YORK, MATTHEW HOBSON, and CHRISTOPHER LORENZEN, | : | |
| | : | |
| *Defendants*. | : | ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Plaintiff, Jo Ann Probst, and Defendants, County of York, Matthew Hobson, and Christopher Lorenzen, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned matter should be hereby DISMISSED WITH PREJUDICE AND WITHOUT FEES OR COSTS pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED.

| | |
|---|---|
| TRIQUETRA LAW | PILLAR AUGHT LLC |
| | |
| By: */s/Sharon R. López* | By: */s/Lindsey E. Snavely* |
| _____ | _____ |
| Sharon R. López, Esquire | Lindsey E. Snavely, Esquire |
| 35 East Orange Street, Suite 301 | 4201 E. Park Circle |
| Lancaster, PA 17602 | Harrisburg, PA 17111 |
| Tel: (814) 238-4926 | Tel: (717) 308-9629 |

| | |
|---|---|
| lopez@triquetralaw.com<br>*Attorney for Plaintiff* | lsnavely@pillaraught.com<br>*Attorney for Defendants* |